United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DAMARCUS ANTHONY THOMPSON,

Petitioner,

v.

PEOPLE OF THE STATE OF CALIFORNIA,

Respondent.

Case No. 21-cv-08227-VKD

**ORDER OF REASSIGNMENT TO A DISTRICT JUDGE**

On October 21, 2021, Damarcus Anthony Thompson, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the sentence, as amended, imposed by the Alameda County Superior Court upon his conviction for gross vehicular manslaughter while intoxicated and other charges. Dkt. No. 1 at 2. He later filed a motion for leave to proceed *in forma pauperis* ("IFP"). Dkt. Nos. 3, 5.

Mr. Thompson refers to a prior § 2254 petition he filed under Case No. 14-cv-05178. Dkt. No. 1 at 7. In that case, he challenged his underlying conviction on two grounds. *See Thompson v. Fox*, Case No. 14-cv-05178-LHK, Dkt. No. 24 at 1, 4. Accordingly, this action appears to be a second or successive petition under 28 U.S.C. § 2244(a). Because he is raising new claims, Mr. Thompson must first obtain authorization from the Ninth Circuit before this court may consider a second or successive petition. *See* 28 U.S.C. § 2244(b)(3)(A). Because there is no indication that he has done so, this action is subject to dismissal as a second or successive petition. *See* 28 U.S.C. § 2244(b)(2).

All named parties, including unserved defendants, must consent to magistrate judge jurisdiction before a magistrate judge may hear and decide a case. *See* 28 U.S.C. § 636(c)(1);

*Williams v. King*, 875 F.3d 500, 501-04 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial review because unserved defendants had not consented to proceed before magistrate judge). As it appears that this case requires a decision that disposes of the claims against some or all of the defendants at this time, and because not all parties have consented to magistrate judge jurisdiction, the matter must be reassigned to a district judge.

Accordingly, the Clerk shall reassign this case to a district judge pursuant to the Court's Assignment Plan.

**IT IS SO ORDERED.**

Dated: January 21, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge